IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-16510 |
| | ) | |
| Myjah Karee Creighton, | ) | Chapter 13 |
| | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor(s). | ) | |

## NOTICE OF MOTION

TO:   **Myjah Karee Creighton**, 5466 W. Cortez Street Chicago, IL 60651

Marilyn O. Marshall, 224 S. Michigan Ave., Ste. 800, Chicago, IL  60604 – *notice sent via ECF electronic service*

Patrick S. Layng, U.S. Trustee, 219 S. Dearborn Street, Room 873, Chicago, IL 60604 *via ECF delivery*

See attached service list

PLEASE TAKE NOTICE that on **Thursday, June 13, 2019 at 9:30 a.m**., I shall appear before the Honorable Timothy A. Barnes at the Dirksen Federal Building, 219 S. Dearborn, Room 744, Chicago, IL, or any judge presiding and then and there present the Motion to Modify, a copy of which is attached hereto.

By:    /s/ Thomas G Stahulak__
       Thomas G Stahulak

### Certificate of Service

I, Thomas G Stahulak, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the forgoing Notice upon the parties named above on **May 22, 2019** before the hour of 5:30 p.m. from the office located at 53 W. Jackson Blvd, Ste 652, Chicago, Illinois 60604.

By:    /s/ Thomas G. Stahulak_____
       Thomas G. Stahulak, Esq. #6288620
       Counsel for Debtor(s)
       STAHULAK & ASSOCIATES, LLC/ GetFiled ™
       53 W. Jackson Blvd., Suite 652
       Chicago, Illinois 60604
       Ph: (312) 662-1480 | F: (312) 268-7328
       info@getfiled.com

Label Matrix for local noticing
0752-1
Case 18-16510
Northern District of Illinois
Chicago
Tue Jun 12 10:53:00 CDT 2018

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AT&T Mobility II LLC
c/o AT&T Services, Inc
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

AmeriCash
C/o Payment Processing
P.O. Box 184
Des Plaines, IL 60016-0003

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Americash
880 Lee Street
Des Plaines, IL 60016-6487

Arnold Scott Harris, P.C.
111 W Jackson Blvd, Suite 600
Chicago, IL 60604-3517

Cci
Contract Callers I
Augusta, GA 30901

Chicago Department of Revenue
121 N. Lasalle Street
Room 107A
Chicago, IL 60602-1232

City of Chicago
Department of Finance-Water Billing
PO Box 6330
Chicago, IL 60680-6296

City of Chicago *
Department of Finance
P.O Box 88292
Chicago, IL 60680-1292

Cook County Treasurer
118 N. Clark St., Suite 112
Chicago, IL 60602-1590

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
PO BOX 60500
City Of Industry, CA 91716-0500

Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, FL 32256-0596

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

First Premier Bank
601 S. Minnesota Ave
Sioux Falls, SD 57104-4868

Golden Valley Lending
635 E Hwy 20, E
Upper Lake, CA 95485-8793

Goldman and Grant
205 W Randolph
Chicago, IL 60606-1813

Greenline Loans
PO Box 507
Hays, MT 59527-0507

Harris & Harris
600 W. Jackson Blvd #400
Chicago, IL 60661-5675

IC Systems, Inc
444 Highway 96 East
Po Box 64378
St Paul, MN 55164-0378

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

Linebarger Goggan Blair & Sampson
PO Box 06152
Chicago, IL 60606-0152

Money Lion
P.O. Box 1547
Sandy, UT 84091-1547

Ocwen Loan Servicing L
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409-6493

People's Gas Light & Coke
200 E Randolph St
Chicago, IL 60601-6433

Resurgence Legal Group, P.C.
3000 LAKESIDE DR #30
BANNOCKBURN, IL 60015-1249

Secretary of State
Compliance Dept
2701 S Dirksen Pkwy
Springfield, IL 62723-1000

(p)STELLAR RECOVERY INC
PO BOX 48370
JACKSONVILLE FL 32247-8370

U S Dept Of Ed/Gsl/Atl
Po Box 4222
Iowa City, IA 52244

Verve
PO Box 3220
Buffalo, NY 14240-3220

Verve Mastercard
PO Box 31292
Tampa, FL 33631-3292

White Hills Cash
PO BOX 330
Hays, MT 59527-0330

Yoshi Creighton
5466 W. Cortez Street
Chicago, IL 60651-2806

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Myjah Karee Creighton
5466 W. Cortez Street
Chicago, IL 60651-2806

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Thomas G Stahulak
STAHULAK & ASSOCIATES, L.L.C. / GetFiled
53 West Jackson Blvd., Suite 652
Chicago, IL 60604-3459

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American General Financial
Springleaf Financial
Po Box 3251
Evansville, IN 47731

Stellar Recovery Inc
1327 Hwy 2 W
Suite 100
Kalispell, MT 59901

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-16510 |
| | ) | |
| Myjah Karee Creighton, | ) | Chapter 13 |
| | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor(s). | | |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the Debtor, by and through Debtor's attorney, STAHULAK &

ASSOCIATES, LLC, hereby moves this Honorable Court to enter an order modifying the

Debtor's plan post-confirmation and states as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 of Title 11 U.S.C.

2. Debtor's plan was confirmed on or around August 2, 2018 with terms of $140.00 per month for an estimated 36 months with unsecured creditors receiving approximately 12% of their projected, allowable unsecured claims.

3. Debtor has incurred a default due mainly to her failure to forward her entire 2018 tax refund. Debtor was required to send in $7,271.00, but Debtor only sent her trustee $5,000.00, which posted on March 8, 2019.

4. Debtor had to use her tax refund towards miscellaneous expenses but does not have any receipts.

5. Debtor's default at the time of filing this motion is $2,389.36.

6. Debtor is now seeking this Honorable Court to increase Debtor's plan payments to $240.00 and defer Debtor's default as of the date of this instant hearing to the end of her plan.

7.    Debtor's income has slightly increased and she has adjusted her monthly expenses in

order to afford her proposed trustee payment. Please see a copy of Amended Schedule

J, hereto attached and marked as "Exhibit A."

WHEREFORE, Debtor(s) respectfully prays this Court enter an order modifying

Debtor's plan to increase Debtor's payment to $240.00; and to defer any trustee default as of the

date of the entry of this court's Order; and for such other and for such other and further relief this

court deems just and proper.


RESPECTFULLY SUBMITTED,

By:     /s/ Thomas G. Stahulak_____
         Thomas G. Stahulak, Esq. #6288620
         Counsel for Debtor(s)
         STAHULAK & ASSOCIATES, LLC./ GetFiled ™
         53 W. Jackson Blvd., Suite 652
         Chicago, Illinois 60604
         Ph: (312) 662-1480 | F: (312) 268-7328
         info@getfiled.com