UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Myjah Karee Creighton,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-16510<br><br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER MODIFYING PLAN AND DEFER

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Motion to Modify and Defer Default; the court being advised in the premises; due notice having been given;

IT IS HEREBY ORDERED:

1) That Debtor's existing Chapter 13 plan default as of the date of entry of this Order is deferred to the end of Debtor's plan.

2) That Debtor's Chapter 13 Plan is hereby modified to increase Debtor's plan payment to $240.00 per month for the remainder of her plan.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 01, 2019

**Prepared by:**

Thomas Stahulak
Counsel for Debtor
STAHULAK & ASSOCIATES, L.L.C.
53 W. Jackson Blvd., Ste. 652
Chicago, IL 60604
(312) 662-1480 | (312) 268-7328 fax
info@getfiled.com